

IN THE
TENTH COURT OF APPEALS

No. 10-18-00206-CR

MICHELLE SHIRCLIFF,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-1821-C1

# ORDER ON REHEARING

Appellant's motion for rehearing is granted. The Court's memorandum opinion and judgment, dated July 25, 2018, are withdrawn, and this appeal is reinstated. Appellant's brief is due thirty days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed September 12, 2018
Do not publish

